# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130761

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                              SC: 130761
                                                               COA: 257849
                                                               Washtenaw CC: 03-000954-FH

MANUEL CASTRO,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

d0724